**FORM A**

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, **42 U.S.C. § 1983**

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

LARRY E. NEWBERRY
OID# 3499176

RECEIVED

SEP 12 2018

CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

(Enter above the **FULL** name and inmate
number of the plaintiff or plaintiffs in this action)

vs.                                    **COMPLAINT**

KIM WOLF, WARDEN, W.R.J.A.; ET. AL.
DEPARTMENT OF CORRECTIONS FOR W.VA.
COUNTY OF BARBERSVILLE, W.VA.
(TO BE AMMENDED) ET. AL.
STATE OF WEST VIRGINIA ET. AL.

(Enter above the **FULL** name of each defendant
in this action)

(**NOTE:** If there is more than one plaintiff, the information in parts I and II should be shown for
EACH plaintiff by name, using a separate sheet of paper.

I.     Previous Lawsuits:

A.     Have you begun other lawsuits in State or Federal Court dealing with the <u>same facts</u> involved in this action or otherwise relating to your imprisonment?
Yes ( )  No (✓)

B.     If your answer to **A** is Yes, please answer questions 1 thru 7. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same outline.)

1. Parties to this previous lawsuit
   Plaintiffs _____ N/A _____

   Defendants _____ N/A _____

2. Court (if Federal Court, name the district; if State Court, name the county)
   _____ N/A _____

3. Docket Number _____ N/A _____

4. Name of Judge to whom the case was assigned _____ N/A _____

5. Disposition, if known (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____ N/A _____

6. Approximate date of filing lawsuit _____ N/A _____

7. Approximate date of disposition _____ N/A _____

II. Place of Present Confinement _____ EASTERN REGIONAL JAIL AUTHORITY _____

A. Is there a prisoner grievance procedure in this institution?
   Yes (✓) No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure? Yes (✓) No ( )

C. If your answer is **Yes**,
   1. What steps did you take?
      I INFORMED THE ASSIGNED COUNSELOR INTIALLY, then I FILED A FORMAL GRIEVANCE AGAINST THE W.R.J.A FOR THE IMPROPER CONDUCT.
   2. What was the result?
      AFTER ALMOST 15 FORMAL GREIVANCES, I RECEIVED -0- RESPONCES, AND WAS TRANSFERRED OUT OF THE W.R.J.A.,

D. If your answer is **No**, explain why not
   N/A

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes ( ) No ( )
   N/A

F. If your answer is **Yes**,
   1. What steps did you take?
      N/A

   2. What was the result?
      N/A

III. Parties
(In item **A** below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiff(s), if any.)

A. Name of Plaintiff  LARRY E. NEWBERRY

Address  E.R.J.A. 94 GRAPEVINE RD. MARTINSBURG, WV
25401

B. Additional plaintiffs

N/A

(In item **C** below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item **D** for the names, positions, and places of employment of any additional defendants.)

C. Defendant  KIM WOLF, ET. AL.

is employed as  WARDEN / CHIEF ADMINISTRATOR

at  WESTERN REGIONAL JAIL AUTHORITY

D. Additional defendants  WEST VIRGINIA DEPTMENT OF
CORRECTIONS, BARBERVILLE COUNTY, FISCAL
ADMINISTRATORS, STATE OF WEST VIRGINIA,
ET. AL.

IV. Jurisdiction
This complaint is brought pursuant to 42 U.S.C. § 1983, and jurisdiction is based on 28 U.S.C. § 1343. Plaintiff(s) allege(s) the defendant(s) acted under color of state law with regard to the facts stated in part V of this complaint.

✻ **V.   Statement of Claim**

(state here <u>as briefly as possible</u> the **FACTS** of your case. You **MUST** state exactly what each defendant personally did, or failed to do, which resulted in harm to you. Include also the names of other persons involved (for example, other inmates) and state the date and place of all events. Attach an extra sheet <u>if necessary</u>, and write the heading **PART V CONTINUED** at the top of the sheet. Keep to the facts. Do not give any legal arguments or cite any cases.)

I (LARRY E. NEWBERRY) ARRIVED AT W.R.J.A ON OCTOBER 13TH 2017. PRIOR TO THAT DATE I WAS DIAGNOSED TO BE HEPATITS FREE AS OF MY LAST PHYSICAL, WHICH WAS ON OR ABOUT 10/5/2017. AFTER MY ARRIVAL ON THE 13TH I BROUGHT MY LEGS AND HEART CONDITIONS TO MEDICAL, SEE ATTACHED PAGE(S)

**VI.** (State briefly <u>exactly what you want the Court to do for you</u>. Make no legal arguments. **Do not cite cases or statutes**.)

IDENTIFY CULPABILITY/RESPONIBILITY OF EACH OFTHE NAMED DEFENDANTS HAVING CUSTODY OVER ME, THAT DIRECTLY OR INDIRECTLY EXPOSED ME TO HEPATITS B VIRUS, AND AWARD COMPENSATORY, PUNATIVE AND DECLATORY DAMAGES AGAINST EACH PARTIE FOUND TO BE NEGLEGABLE FOR MY CARE WHILE IN THIER CUSTODY,

**VII.** Statement Regarding Assistance in Preparing this Complaint
   A.   Did any person other than a named plaintiff in this action assist you in preparing this complaint?  Yes (✓) No ( )
   B.   If your answer is **Yes** name the person who assisted you.
   C.   Signature of person who helped prepare complaint.

(Signature) WILLIAM V. ALLEN          (Date) 9/2/2018

**VIII. Signature(s) of Plaintiff(s)**

Signed the 2ND day of SEPTEMBER 2018.
(Signature of Plaintiff) _____
Signatures of additional plaintiffs, if any 349917C

4

# PART V CONTINUED pg.1

FOR CONSIDERATION TO RECEIVE LEG BRACES, AND
A SPECIFIC HEART MEDICATION. AFTER A BRIEF REVIEW
PERIOD I WAS THEN PLACED IN "LOCK-UP SEGREGATION",
(KNOWN AS THE HOLE). I WAS ON "LOCK-UP SEG" FOR
95 DAYS CONTINUALLY. THE SANITATION CONDITIONS WERE
HORORABLY DEPLORABLE, FECIS, URAN. SPITTAL NIRAL
STAGNANT RIVER WATER, ROTTING FOOD...ETC FLOATING
IN ABOUT 2-3 INCHES OF STANDING WATER. (WATER).
I FILED 3-4 GREIVANCES...NO REPLY...I FILED 4-5
GREIVANCES TO BE MOVED AS I HAD COMMITTED OR
BEEN CONVICTED OF ANY INFRACTION(S). NO RESPONCES.
ALL DAILY REQUEST FOR CLEANING SUPPLIES WERE IGNORED.
CORPORAL DIAMOND WAS THE MAIN OFFICER OF MANY
REFUSING TO ADDRESS MY CLEANING SUPPLIES) REQUEST(S).
LT. ERWIN DENIED TO MOVE ME OVER MY HEALTH
CONCERNS. I WAS MOVED BACK TO "GENERAL POPULATION"
AND LATER DIAGNOSED WITH HEPITITIS "B" AFTER BEING
SICK (VIOLENTLY) FOR A WEEK OR MORE, OF BEING IGNORED.
MY CONDITION WAS SO SEVERE THEY WERE FORCED TO
DOUBLE HOUSE ME IN MEDICAL, AND WHEN I
COMPLAINED ABOUT THE LACK/DENIAL OF ADEQUATE
TREATMENT, AND STATED TO SPEAK WITH MY ATTORNEY,
I WAS IMMEDIATELY DENIED ACCESS, AND PLACED BACK
IN THE "HOLE" WITH NO LEGAL OR MEDICAL CONTACT.
I FILED 10 OR MORE GREIVANCE(S) TO WARDEN KIM WOLF
AND COUNSELOR PHILIPS, AND D. COCHRAN, RC. WITH
-0-RESPONCES DURING THE FOLLOWING 8 MONTHS.
I THREATENED TO CONTACT THE NEWS MEDIA AND THE
GOVERNOR OF WEST VIRGINIA AND ONE DAY LATER
AFTER LEARNING MY OUTGOING MAIL WAS BEING

## PART V CONTINUED

INTERCEPTED AND NOT DELIVERED, I WAS TRANSFERRED.
PRIOR TO MY TRANSFER. THE D.O.C. DURING ITS
INITIAL TAKE OVER/ADMINISTRATION TRANSITION, THE
ENTIRE WRSA STAFF AND ADMINISTRATION WERE
REPLACED (FIRED/TERMINATED) AS A RESULT OF
THE "D.O.C'S DETERMINATION OF THE UNSANITARY
HEALTH CONDITIONS EXISTING AT THE INSTITUTION
CITING "QUOTE" "DEPLORABLE SANITATION CONDITIONS"

AS OF THIS DATE I HAVE CONTRACTED THE
HEPATITES "B" VIRUS AND REMAIN INFECTED
FOR LIFE.

RESPECTFULLY SUBMITTED,

LARRY E. NEWBERRY #349976

SEPTEMBER 2ND, 2018
DATE

E.R.J.A.
94 GRAPEVINE RD.
MARTINSBURG, WV 25401



UNITED STATES POSTAGE
02 1P $
0001966282 S
MAILED FROM ZIP



CLERK-- U.S. DISTRICT COURT
P.O. BOX 9344
DES MOINES, IA 50306-9344

LEGAL MAIL